**CHOATE v. SARA LEE PRODUCTS**

[351 N.C. 46 (1999)]

WANDA J. CHOATE, Employee v. SARA LEE PRODUCTS, Employer;
SELF/CONSTITUTION STATE SERVICES, Carrier

No. 208A99

(Filed 8 October 1999)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 133 N.C. App. 14, 514 S.E.2d 529 (1999), reversing and remanding an opinion and award entered by the North Carolina Industrial Commission on 7 February 1997. Heard in the Supreme Court 17 September 1999.

*Donaldson & Black, P.A., by Jay A. Gervasi, Jr., for plaintiff-appellee.*

*Orbock Bowden Ruark & Dillard, P.C., by Barbara E. Ruark, for defendant-appellants.*

PER CURIAM.

AFFIRMED.